UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO PRESTON,<br><br>Defendant. | Case No. 19-cr-00472-JSW-1<br><br>**ORDER TO SHOW CAUSE WHY MATTER SHOULD NOT BE CONTINUED** |

The above captioned case is currently scheduled for sentencing on April 28, 2020. The parties are HEREBY ORDERED TO SHOW CAUSE why the Court should not continue this matter to May 19, 2020, or later, for the reasons articulated in General Order 72 regarding the COVID-19 outbreak. The parties' responses to this Order to Show Cause shall be due by 1:00 p.m. on March 30, 2020, and the Court urges the parties to submit a joint response. If the parties can agree to continue the matter, a stipulation will suffice as a response.

IT IS SO ORDERED.

Dated: March 25, 2020

_____
JEFFREY S. WHITE
United States District Judge